SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK: PART 81
---------------------------------------------------------------- x

THE PEOPLE OF THE STATE OF NEW YORK,

ORDER OF NO ENGAGEMENT

Ind. No. 967-20

-against-

ALJO MRKULIC,

                    Defendant.
---------------------------------------------------------------- x

Curtis J. Farber, J.:

The above captioned matter is an ongoing homicide trial that commenced on October 3, 2025. It is expected to last to the week of November 18, 2025. The remaining scheduled trial days are as follows: October 29, 30 and 31, November 5, 6, 7 12, 18 and 19. It is hereby

**ORDERED** that Steven A. Metcalf, Esq., and Nanette Metcalf, Esq. are not to become engaged in any hearings or trials that will conflict with this trial schedule.

Dated:    October 28, 2025
              New York, NY

                                                              J.S.C.

                                                   **HON. CURTIS J. FARBER**