

**STEVEN A. METCALF II, ESQ.**, *Founding Partner****
**NANETTE IDA METCALF, ESQ.**, *Founder and Managing Attorney***
**CHRISTOPHER DARDEN, ESQ.**, *Special Counsel**

*\*State of California Only*
*\*\*Licensed in New York and California*
*\*\*\*Licensed in New York, SDNY, EDNY, WDNY, EDMI, DCDC,*
*Second Circuit Court of Appeals and Court of Appeals for District of Columbia*

March 12, 2026

**(REQUEST TO BE UNDER SEAL)**
**VIA ELECTRONIC MAIL**
The Honorable Nusrat J. Choudhury
United States District Court Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

     Re:   *United States v. Carmine G. Agnello*, No. 2:24-cr-00366-NJC-1

Dear Judge Choudhury:

I make this request for leave to file an extension for sentencing based on recently obtained medical information I received about Mr. Agnello.

I know this request is now made at the final hours with only 24 hours prior to the current sentencing date being scheduled, and respectfully ask this Honorable Court to make an exception and consider this as an emergency request. To quickly explain the instant request and reasons why the request was made after hours, I have to disclose not only medical concerns of Mr. Agnello ███████████ ███████████████████████████████████████████████.

With regard to sealing, AUSA Kelly did not oppose and under these circumstance and spoke to me about making such request in this manner. ███████████████████████████████ ███████████████████████████████████. This week, I also never anticipated or intended for any issues to occur pertaining to my filing the Sentencing memo under seal. So, I apologize for any issue I caused with my filings prior to yesterday. Also during this time, yesterday on March 11, 2026, I just learned of a few medical matters concerning Mr. Agnello that I am concerned about, and believe can easily be alleviated if sentencing is extended for a short period. First, the hospital where the transplant is scheduled just moved Mr. Agnello's pre–op testing to today, March 12, 2026. Historically, all important testing has carried over to the following day. Second, there have been testing that has been held back, but is now immediately needed because the surgery has been scheduled amongst at least three surgeons to take place on March 30, 2026.

**Metcalf & Metcalf, P.C.**
99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)

Page 1 | Metcalf & Metcalf, P.C.

Third, Mr. Agnello is still in a status to be "cleared" for the surgery.  The primary concern now is that if Mr. Agnello is not "cleared" immediately, then he will not obtain the "clearance" for this transplant; and thus, the entire procedure will be jeopardized if Mr. Agnello is not approved within this new time frame – basically the next two weeks. Fourth, it is my understanding that Mr. Agnello does have adverse reactions after being tested, and has become ill after being administered angiogram (dye used with x-rays) for a few days.

Upon learning of these recent changes -  I contacted AUSA Kelly about my concerns regarding the pre-op testing being changed, its overlap into Friday (which now includes further testing and Agnello feeling ill), and "clearance" at risk  - where AUSA Kelly did not oppose a short extension of the sentencing date. I began considering how to present such to the Court, and it was already after hours.

In determining the weight of the "presumption of access" and "balance competing considerations against it", I ask that this request be made under seal because of the medical nature and such request dealing with scheduling. *United States v. Amodeo*, 71 F.3d 1044, 1050 (2d Cir. 1995). Based on the Court's schedule, and the surgery being scheduled for March 30, 2026 – I respectfully request that this matter be extended to the week of April 13th or thereafter. Specifically, I request either April 14th, 15th, 16th, 17th 20th, 21st, 22nd of 2026 or any date thereafter that is convenient for the government and the Court.

Again, I apologize for any mistakes and inconveniences sending and filing my sentencing documents to any of the parties may have caused.  Also, I thank you in advance for your consideration of this request and any courtesy that can be extended under these circumstances.

Very truly yours,

*/s/ Steven A. Metcalf II*

_____

Steven A. Metcalf II, Esq.
*Attorney for Carmine G. Agnello*

Cc:  AUSA Charles Kelly (*Charles.Kelly@usdoj.gov*)

**Metcalf & Metcalf, P.C.**

99 Park Avenue, Suite 810
New York, NY 10016
646.253.0514 (*Phone*)
646.219.2012 (*Fax*)