LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN
JEFFREY EINHORN
MATTHEW COHAN

PH: (212) 581-1001
FX: (212) 581-4999

April 1, 2026

**VIA ECF**
Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re:    **United States v. Carmine G. Agnello, 24 CR 366 (NJC)**

Dear Judge Choudhury:

I write on behalf of defendant Carmine Agnello in connection with my notice of appearance filed today concerning Mr. Agnello's upcoming April 20, 2026 sentencing. I am mindful of the Court's March 13, 2026 admonishment to counsel that Mr. Agnello's sentencing is not to be further delayed and do not intend to request an adjournment, however, with the Court's permission, I intend to file a short update concerning outstanding sentencing issues, including Mr. Agnello's health and restitution payments. We expect to file such a letter on or before April 13, 2026.

Thank you for the Court's consideration of this letter.

Respectfully submitted,

Jeffrey Lichtman

cc:    Charles Peter Kelly, Esq.
       Bradley King. Esq.
       Assistant United States Attorneys (by ecf)