LAW OFFICES OF

# JEFFREY LICHTMAN

441 LEXINGTON AVENUE

SUITE 504

NEW YORK, NEW YORK 10017

www.jeffreylichtman.com

JEFFREY LICHTMAN

JEFFREY EINHORN

MATTHEW COHAN

PH: (212) 581-1001

FX: (212) 581-4999

April 17, 2026

**VIA ECF**
Hon. Nusrat J. Choudhury
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Re: **United States v. Carmine G. Agnello**, 24 CR 366 (NJC)

Dear Judge Choudhury:

We write on behalf of defendant Carmine Agnello and in advance of Mr. Agnello's April 20, 2026 sentencing to provide the Court with a letter received today from the defendant's uncle, John A. Gotti.

Thank you for the Court's consideration of this letter and the attachment.

Respectfully submitted,

Jeffrey Lichtman
Jeffrey Einhorn

Enc.

cc:    Charles Peter Kelly, Esq.
       Assistant United States Attorney (by ECF)

John A. Gotti



April 17, 2026

Honorable Judge Nusrat Choudhury,

I write to you on behalf of my nephew, Carmine Agnello, as he faces sentencing.

My name is John A. Gotti. I want to begin by saying plainly that I understand how serious Carmine's offense is, and I respect the responsibility you carry in this moment. Carmine has accepted responsibility for what he's done, and our family knows there must be consequences.

I'm writing not to excuse his actions, but to share a more personal sense of who he is.

Carmine grew up in a situation he didn't choose. Being part of the Gotti family meant growing up with too much attention, expectations, and society's judgment that most kids never have to deal with. As Your Honor knows, Carmine's grandfather, father and myself, as well as many other family members, have gone to prison. You would think he would learn from that but I think instead it just desensitized him. Sadly, in our family going to prison became almost a rite of passage.

But as our family was in the public eye for not always the right reasons, there was a pressure to succeed, to live up to the Gotti name, and for Carmine, that pressure was even heavier due to his involvement in a reality TV show, which ultimately gave him a distorted sense of reality. From that young age, he was looked at a certain way before he ever had the chance to define himself. This attention followed him long after the TV series ended and it followed him into parts of his life where most people are given privacy to learn and make mistakes. Carmine didn't really have that same space.

As for the conduct in this case, some of it was spent for legitimate company business but a significant amount, over $300,000, was lost in a bitcoin scam, which was his attempt to gamble the money in order to make more of it to save his business. That doesn't make what he did right, but explains his desperate and reckless mindset at the time; again, he was trying to live up to something he simply wasn't. He is deeply ashamed by his actions and the wants to do the right thing and pay this money back.

At his core, Carmine is a good young man. I know that because I've watched him grow up. Lately, I've also seen him start to change. Really change. He's trying to step out from under the weight of his name and his past, and build something honest for himself. He's more aware now of his decisions, and of the impact they have. There's genuine remorse there, but also a growing sense of responsibility.

I offer this with respect and a broken heart for the Court and for the seriousness of what Carmine has done. I just ask that, in deciding his sentence, you consider not only his mistake, but what he has been through and the path he is now trying to follow.

John A. Gotti

I thank you for your time and consideration, your Honor.


Respectfully submitted,

John A. Gotti