**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) 24-CR-366 (NJC) |
| v. | ) |
| CARMINE G. AGNELLO, | ) |
| | ) |

DECLARATION OF DR. NICOLE ALI

I, Dr. Nicole Ali, hereby declare under penalty of perjury pursuant to 28 U.S. . §1746 as follows:

1. I am a physician duly licensed to practice medicine in the State of New York.

2. That I am the treating doctor of Victoria Gotti.

3. That presently a Nephrectomy is scheduled for August 3, 2026, wherein Mrs. Victoria Gotti will be the recipient of a kidney being donated by her son, Carmine Agnello.

4. Mrs. Gotti's recovery period is estimated to be approximately three months.

5. Mr. Agnello's recovery period is anticipated to be two to six weeks on average.

6. This procedure is necessitated by the decreased renal functioning of Mrs. Gotti.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 14, 2026

_____

Nicole Ali, M.D.

#153906v3