**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

24-CR-366 (NJC)

UNITED STATES OF AMERICA
v.
CARMINE G. AGNELLO,

DECLARATION OF DR. RYAN ROBALINO

I, Dr. Ryan Robalino, hereby declare under penalty of perjury pursuant to 28 U.S. . §1746 as follows:

1. I am a physician duly licensed to practice medicine in the State of New York.

2. That I am the treating doctor of Mr. Agnello.

3. That presently a Nephrectomy is scheduled for August 3, 2026, wherein Mrs. Victoria Gotti will be the recipient of a kidney being donated by her son, Carmine Agnello.

4. Mr. Agnello's recovery period is anticipated to be two to six weeks.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  July 14, 2026

_____
Dr. Ryan Robalino