

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JLG:CPK
F. #2022R00347

*610 Federal Plaza*
*Central Islip, New York 11722*

August 5, 2026

By ECF

Honorable Nusrat J. Choudhury
United States District Court Judge
United States District Court
Eastern District of New York
1040 Federal Plaza
Central Islip, New York 11722

Re:    United States v. Carmine G. Agnello
       Criminal Docket No. 24-366(S-1) (NJC)

Dear Judge Choudhury:

The government respectfully submits this letter in response to the defendant's August 4, 2026 letter (ECF Dkt. No. 53, hereinafter, "Def. Ltr."), which reports "a minor delay in the [kidney] transplantation" procedure for which the defendant is serving as the kidney donor.

The government has no objection to the defendant's proposal that, should the procedure occur on or before August 10, 2026, the defendant's self-surrender date of September 18 should be maintained; but that, if the procedure does *not* occur on or before August 10, the defendant will self-surrender on August 10.

Respectfully submitted,

JOSEPH NOCELLA JR.
United States Attorney

By:    */s/ Charles P. Kelly*
       Charles P. Kelly
       Assistant U.S. Attorney
       (631) 715-7866

cc:  Defense Counsel (via ECF)